# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| vs. | | CRIMINAL NO. 15-00202-WS |
| | * | |
| GIANNIS P. PAPPADIS, | * | |
| Defendant | * | |

## NOTICE OF INTENT TO PLEAD GUILTY

COMES NOW the defendant and gives notice of his intent to plead guilty to Count One of the indictment pursuant to a written plea agreement.

        /s/ *Peter J. Madden*
        Peter J. Madden
        Assistant Federal Defender
        Southern District of Alabama
        Federal Defenders Organization, Inc.
        11 North Water Street, Suite 11290
        Mobile, Alabama 36602
        (251)433-0910

## CERTIFICATE OF SERVICE

     I certify that I have electronically served a copy of the foregoing pleading upon the parties by electronic filing on this 16th day of October, 2015.

                                      /s/ *Peter J. Madden*
                                      Peter J. Madden