# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| vs. | | CRIMINAL NO. 15-00202-WS |
| | * | |
| GIANNIS P. PAPPADIS, | * | |
| Defendant | * | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING AND EXTEND TIME WITHIN WHICH TO FILE PRESENTENCE REPORT OBJECTIONS

COMES NOW the defendant, Giannis Pappadis, and moves the Court to continue the sentencing date in this case by 90 days and to extend the time within which to file pretrial motions until 14 days prior to the rescheduled sentencing hearing. As grounds for this motion, the defendant would show:

1. Sentencing in this case is set for January 28, 2016 with objections to the draft presentence report due January 14, 2016.

2. Sentencing for co-defendant Moises Martinez-Campos is set for April 20, 2016.

3. There are a number of issues regarding drug quantity and enhancements related to disputed offense conduct which need to be resolved. The defendant, the

1

government and the probation officer have communicated in an attempt to work out issues related to sentencing.

4. An additional 90 days is necessary in order to resolve the sentencing issues and judicial economy would be served by sentencing the defendant near the same time as his co-defendant, Mr. Martinez-Campos.

WHEREFORE, the defendant prays the Court to enter an order continuing the sentencing date in this case by 90 days and to extend the time within which to file pretrial motions until 14 days prior to the rescheduled sentencing hearing, and for such other and further relief as he may be entitled to receive, the premises considered.

/s/ *Peter J. Madden*
Peter J. Madden
Assistant Federal Defender
Southern District of Alabama
Federal Defenders Organization, Inc.
11 North Water Street, Suite 11290
Mobile, Alabama 36602
(251)433-0910

## CERTIFICATE OF SERVICE

    I certify that I have electronically served a copy of the foregoing pleading upon the parties by electronic filing on this 16th day of September, 2015.

                                          /s/ *Peter J. Madden*
                                          Peter J. Madden