# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| vs. | | CRIMINAL NO.  15-00202-WS |
| | * | |
| GIANNIS P. PAPPADIS, | * | |
| Defendant | * | |

## POSITION OF DEFENDANT WITH RESPECT TO SENTENCING FACTORS

COMES NOW the defendant, Giannis Pappadis, and for his position with respect to sentencing factors states as follows:

1. The defendant and the government have resolved all issues related to the calculation of the guideline sentencing range and there should be no objections to the guideline calculations or the sentencing range in the Final Presentence Investigation Report.

2. The defendant objects to factual allegations made by confidential informant "A.S." contained in the "Offense Conduct" section of the Report.  " A.S." gave false information to police regarding being raped and held hostage.  Her allegations are repeated in paragraphs 6 through 9 and 15 of the Report.  These inflammatory false allegations were used to obtain a search warrant, but were unfounded and are not part of the "offense conduct" in this case. These allegations should not be included in the Presentence Investigation Report, which is relied on as a true and correct statement of facts by the Courts and by Bureau of Prisons

officials.

## NOTICE OF COMPLIANCE WITH LOCAL RULE

Counsel certifies that he has complied with Paragraph 5 of this Court's Standing Order of December 23, 2003 regarding sentencing procedure by conferring with Assistant U.S. Attorney George May and U.S. Probation Officer Heath Impastato in a good faith effort to resolve the disputed matters.

/s/ *Peter J. Madden*
Peter J. Madden
Assistant Federal Defender
Southern District of Alabama
Federal Defenders Organization, Inc.
11 North Water Street, Suite 11290
Mobile, Alabama 36602
(251)433-0910

## CERTIFICATE OF SERVICE

I certify that I have electronically served a copy of the foregoing pleading upon the parties by electronic filing on this 12th day of April, 2016.

/s/ *Peter J. Madden*
Peter J. Madden